# UNITED STATES DISTRICT COURT
## Northern District of Florida

UNITED STATES OF AMERICA

v.

VICTOR T. JACKSON

Case No.: 5:03cr47-003/MCR
USM No.: 05634-017

Date of Original Judgment:  April 2, 2004

Date of Previous Amended Judgment:  N/A
*(Use Date of Last Amended Judgment if Any)*

## Order on Motion for Sentence Reduction

The Defendant has moved under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment previously imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u).

Having considered such motion, and taking into account Amendment 782, USSG §1B1.10, and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable, the Court orders that the motion is **GRANTED** and the Defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **180** months is **reduced** to **146** months.

*(Complete Part I or II Attachment, as applicable)*

**IT IS SO ORDERED.**

Order Date:  April 17, 2015

Signature of Judge
M. Casey Rodgers
Chief United States District Judge
Printed Name and Title of Judge

Effective Date:  November 1, 2015
*(if different from order date)*

Rec'd 0417'15 UsDcFln3PM0246